UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
DEC - 6 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**TIMOTHY ROUTON**

INFORMATION

NO. 3:21CR-149-DJH

18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253

The United States Attorney Charges:

COUNT 1
*(Attempted Receipt of Child Pornography)*

On or about April 14, 2019, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TIMOTHY ROUTON**, knowingly attempted to receive any material that contained child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and transported in and affected interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and 2252A(b)(1).

The United States Attorney further charges:

COUNT 2
*(Accessing With the Intent to View Child Pornography)*

On or about April 14, 2019, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TIMOTHY ROUTON**, knowingly accessed, with intent to view, material that contained an image of child pornography, as that term is defined in 18 U.S.C. §

2256(8)(A), that had been shipped and transported, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

The United States Attorney further charges:

## COUNT 3
### *(Possession of Child Pornography)*

On or about July 14, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TIMOTHY ROUTON**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that involved a minor, who had not attained 12 years of age, and that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

As a result of committing the offenses in Counts 1 through 3 of this Information in violation of Title 18, United States Code, Sections 2252A(a)(2)(B), 2252A(a)(5)(B), 2252A(b)(1), and 2252A(b)(2), the defendant, **TIMOTHY ROUTON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions which were produced, transported, mailed, shipped or received in violation of the law and all property, real and personal, used or intended to be used to commit or to promote the commission of the offense, including but not limited to the following:

a) a black Sandisk 16 GB thumb drive;

b) a blue PNY 16 GB thumb drive;

c) a red PNY 16 GB thumb drive;

d) a white 8 GB thumb drive;

e) a Western Digital Hard Drive, serial number WCC4N6EEP3EX;

f) a Toshiba Laptop, serial number YF0230838; and

g) a Dell Laptop, serial number 38037627937.

*[signature]*
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:SMZ

UNITED STATES OF AMERICA v. TIMOTHY ROUTON
## PENALTIES

Count 1: NL 5 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 2: NM 10 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 3: NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
Forfeiture
      (mandatory $5,000 assessment per count if the defendant is non-indigent - (18 U.S.C. § 3014 – effective 5/29/2015))

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. INTEREST and PENALTIES as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No INTEREST will accrue on fines under $2,500.00.

    INTEREST will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    PENALTIES of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a LIEN shall have the same force and effect as a tax lien.

3. Continuous GARNISHMENT may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you WILLFULLY refuse to pay your fine, you shall be subject to an ADDITIONAL FINE of not more than the greater of $10,000 or twice the unpaid balance of the fine; or IMPRISONMENT for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY 40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY 42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY 42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY 42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.