**FILED**
JAMES J. VILT, JR. - CLERK

DEC - 6 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                                    No. 3:21CR-149-DJH

TIMOTHY ROUTON                                                      DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Stephanie Zimdahl hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*/s/ Stephanie M. Zimdahl*

Stephanie Zimdahl
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6217