

# Case Assignment
## Standard Criminal Assignment

Case number **3:21CR-149-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 12/7/2021 10:58:33 AM
Transaction ID: 63192

[ Request New Judge ]   [ Return ]