AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cr-00149-DJH |
| TIMOTHY ROUTON | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Timothy Routon.

Date:   12/08/2021

s/ WILLIAM M. BUTLER, JR.
*Attorney's signature*

William M. Butler, Jr. 81667
*Printed name and bar number*
500 West Jefferson Street
Suite 1520
Louisville, Ky. 40202

*Address*

wmb@kycriminallawyer.com
*E-mail address*

(502) 582-2020
*Telephone number*

(502) 583-8007
*FAX number*