UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                  Plaintiff,

v.                                                                                     Criminal Action No. 3:21-CR-149-DJH

TIMOTHY ROUTON                                                                                            Defendant.

\* \* \* \* \*

## ORDER FOLLOWING ARRAIGNMENT

This case came before the Court, by video, on December 22, 2021, for the purposes of initial appearance and arraignment. The defendant, Timothy Routon, was present with William M. Butler, Jr., retained counsel. Assistant United States Attorney Stephanie M. Zimdahl was present for the United States of America. The proceedings were digitally recorded.

The Court orally reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

A Waiver of Indictment was executed by the defendant and formality of arraignment was waived and counsel, on behalf of Defendant, entered a plea of **NOT GUILTY** to the charges contained therein.

**IT IS HEREBY ORDERED** that this matter is scheduled for a change of plea and sentencing on **January 27, 2022 at 10:30 a.m.** before the Honorable David J. Hale, United States District Judge. The United States Probation Office is directed to prepare an expedited Presentence Investigation Report.

At the recommendation of Probation and by agreement of the United States,

**IT IS FURTHER ORDERED** that the defendant is released on his own recognizance with conditions pending further order of the Court.

Date: December 22, 2021              ENTERED BY ORDER OF THE COURT:
                                     REGINA S. EDWARDS
                                     UNITED STATES MAGISTRATE JUDGE
                                     JAMES J. VILT, JR., CLERK
                                     BY: /s/ *Ashley Henry*, Deputy Clerk


Copies to:    Counsel of record
              Natalie Thompson, Case Manager


0|20