UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:21-CR-149-DJH

TIMOTHY ROUTON　　　　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## **AMENDED ORDER**

Due to a clerical error, the Order Following Arraignment is amended as follows:

**IT IS HEREBY ORDERED** that this matter is scheduled for a change of plea only on **January 27, 2022 at 10:30 a.m.** before the Honorable David J. Hale, United States District Judge.

Date: January 3, 2022　　　　　　　　　ENTERED BY ORDER OF THE COURT:
　　　　　　　　　　　　　　　　　　　REGINA S. EDWARDS
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　JAMES J. VILT, JR., CLERK
　　　　　　　　　　　　　　　　　　　BY: /s/ *Ashley Henry*, Deputy Clerk


Copies to:　　Counsel of record
　　　　　　　Natalie Thompson, Case Manager