## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

                                           **CASE NO.: 3:21-cr-00149-DJH**

### DEFENDANT'S MOTION FOR HOUSE ARREST

                                           *ELECTRONICALLY FILED*

**TIMOTHY ROUTON**                                                        **DEFENDANT**

                                           \* \* \* \* \* \* \* \* \* \*

Comes the Defendant, TIMOTHY ROUTON, by counsel and requests that he be released on house arrest so that he can undergo medical treatment for Prostrate Cancer.

As grounds for this Motion, counsel sates that he was notified late in the afternoon on February 10, 2022 by Dr. Matt Peterson of First Urology who is Timothy Routon's treating urologist that Mr. Routon's test results had just come back revealing that Mr. Routon has Prostrate Cancer. Dr. Peterson related that Mr Routon first needs to undergo imaging to see if the cancer has spread to his bones. If it hasn't, he needs to embark on a series of radiology sessions.

Dr. Peterson stated that Mr. Routon's chances of survival are excellent if treatment is addressed immediately.

                                           Respectfully submitted,

                                           s/ William M. Butler, Jr.
                                           WILLIAM M. BUTLER, JR.
                                           500 West Jefferson Street
                                           Suite 1520
                                           Louisville, Kentucky 40202
                                           (502) 582-2020 Telephone
                                           (502) 583-8007 Fax
                                           Email: wmb@kycriminallawyer.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 14th day of February, 2022 I electronically filed Defendant's Motion to Continue Sentencing with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to the Honorable Stephanie Zimdahl, Assistant United States Attorney.

                                                s/ William M. Butler, Jr.
                                                WILLIAM M. BUTLER, JR.