**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                          **PLAINTIFF**

CASE NO.: 3:21-cr-00149-DJH

**ORDER**

*ELECTRONICALLY FILED*

**TIMOTHY ROUTON**                                                                                              **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Defendant's Motion to be Released on House Arrest IS GRANTED.