**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                      **CRIMINAL ACTION NO.: 3:21-cr-00149-DHJ**

                                                                                       *ELECTRONICALLY FILED*

**ORDER**

**TIMOTHY ROUTON**                                                                       **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Defendant's Sealed Motion for Leave to file the medical letter from Dr. Peterson of First Urology UNDER SEAL IS GRANTED.

April 4, 2022

*[signature]*

David J. Hale, Judge
United States District Court