**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CRIMINAL ACTION NUMBER: 3:21-CR-149-DJH |
| TIMOTHY ROUTON | DEFENDANT |

### ORDER

This matter came before the Court, by video, on April 14, 2022 to conduct a bond hearing. There appeared Stephanie M. Zimdahl, Assistant United States Attorney. The defendant appeared, in custody with William M. Butler, Jr. The proceeding was recorded by Becky Boyd, Official Court Reporter.

Based on a discussion with counsel and for the reasons fully stated on the record,

**IT IS HEREBY ORDERED** that the defendant's motion for release (DN 16) is **DENIED** without prejudice. Counsel are directed to confer with the Bureau of Prisons and/or the United States Marshal Service to arrange medical treatment for the defendant. Counsel shall file a joint status report no later than **April 22, 2022**.

Regina S. Edwards, Magistrate Judge
United States District Court

April 14, 2022

cc: United States Attorney
  Counsel for Defendant

0|25