UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                                              CRIMINAL NO. 3:21-CR-149-DJH-RSE
                                                                             *Filed Under Seal*

TIMOTHY ROUTON                                                                  DEFENDANT

**ORDER REGARDING MOTION FOR LEAVE TO FILE SEALED DOCUMENTS**
*-Electronically Filed-*

The United States of America having moved the Court for Leave to File Sealed Documents; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED THAT the Status Report and Exhibit A thereto are SEALED pending further Order of the Court.

April 26, 2022

David J. Hale, Judge
United States District Court