April 26, 2022

Judge Hale
U.S. District Court
RE: <u>USA v. Timothy Routon</u>, 3:21-cr-00149-DJH

Dear Judge Hale,

    This is the hardest letter I've ever had to write.  The weight of trying to convey my feelings about my brother Timothy and trying to give you a true insight into his character is overwhelming.

    He is, and has always been, intelligent, caring, funning, giving and sincere in his beliefs and dealings with others.  He loves our family, and we love him.  We are a close family and even live within few miles of each other.  We do holidays, birthdays and even an occasional game night together.  We disagree on politics and religion and have had many lively debates on issues, but we never leave without a hug and kiss goodbye.

    I am Tim's older sister.  I'm 71 and he is 63, nine years difference.  I helped take care of him for the first couple of years because our Mom was ill.  That's probably why we are close even with the age difference.

    I understand that he broke the law and will have to pay for it.  This situation has completely shaken our family.  We have never had to deal with the judicial system.  We don't know what to do, what to say, what is allowed and what isn't.  We are just lost, but we will deal with it as a family and we will deal with Tim's cancer as a family, just like we have dealt with open heart surgeries, strokes, heart attacks and the loss of our parents.

    I have written this letter several times and tried to keep it concise.  We will always support Tim and he will always have a home with us. Thank you for your time in reading my support letter.

                                                       Sincerely.

                                                       Sandy Routon Fisk