GEORGE T. Fisk, Jr

April 24, 2022

Honorable Judge Hale

U S District Court

RE:  Timothy B. Routon

     Case # 3:21-cr-00000149-DJH

I have known Tim Routon since 1985 when I married his oldest sister, Sandy. He is mild mannered, intelligent, and willing to help me and others when the need for help would arise.

Tim has an ability to listen well and try to help solve difficult situations or discussions without bias. He chose a career in I.T. at the Cabbage Patch Settlement House in Louisville and it fit his style and his personality perfectly. He could run his department and help employees deal with their technology issues and know that his organization was helping disadvantaged people in the neighborhood and beyond.

I have not seen Tim be angry or hold a grudge. He cares deeply about his family and I know how badly he feels about his situation and the effect it has had on his loved ones. His sister and I will always support him and love him.

Sincerely Yours,

*George T. Fisk*

George T. Fisk, Jr