To: Honorable Judge Hale

U.S. District Court

From: Alissa Ringle

Regarding: Timothy Routon Case Number 3:21-cr-00000149-DJH

Date: 3/22/22

Dear Honorable Judge Hale,

Tim has requested a letter of support for case number above.

My name is Alissa Nichole Ringle, and I've known Timothy Routon for 41 years; he is my uncle/Dad's brother. We are a small, close-knit family and involved in each other life as much as possible. We gather for holidays, birthdays, family game nights, just because occasions. Tim has always been a vital piece of the puzzle and very much present.

Looking back on my youth, Tim taught me how-to drive-in Moore HS parking lot, took my brother and I to the movies, and I remember visiting him when he lived in Wisconsin. We always had a good time and great laughs in Tim's presence. In my adult life, Tim has been a good role model for the next generation. I have a son (Micah), and 3 niece/nephews. Tim enjoys talking with them and playing with them. He will do puzzles and play games; he portrays a lot of patience for that wild bunch. Tim shows kindness and generosity to our kids. He has taken my son out on a few outings(movies/shopping) and my son enjoyed being with him. Tim has a laid-back demeanor, great sense of humor, and loving heart about him; we all enjoy being around him.

We all know why we are here; Tim has been charged with felony and now he will be sentenced on May 19th. This situation has been very stressful to our family and most of us are still in disbelief for charges being brought against him. This is not his character. He is thoughtful, gentle, caring, loving to his family and wouldn't hurt our children. I know there are consequences for actions regardless of reasoning, but I ask that you allow him to live under house arrest/home incarceration with family. In recent, he has been diagnosed with cancer and needs medical treatment. He needs the ability to be treated and to heal/recover from treatment in privacy at home. His family love him and want him back home. I miss my uncle and I miss the ability to hug him, talk to him, and see him.

Thank you for your time and consideration.

Sincerely,

*Alissa Ringle*

Alissa Nichole Ringle