To: Honorable Judge Hale

U.S. District Court

From: Micah Ringle

Regarding: Timothy Routon Case Number 3:21-cr-00000149-DJH

3/21/22

To Honorable Judge Hale,

My name is Micah Ringle and I've known Tim for 13 years. Every year on Christmas, and sometimes on my birthday he comes to hang out and play games.

In my eyes, Tim is a kind, loving, and passionate person. A few years ago, he took me and my cousin to see a movie. That shows that he cares for us.

Thank you for your time and consideration.

Sincerely,

*Micah Ringle*

Micah James Ringle