Lee Perciful

March 21, 2022

To The Honorable Judge Hale, US District Court:

Regarding: Timothy Routon Case Number 3:21-cr-00000149-DJH

Timothy Routon requested this letter of support regarding case number above.

I have known Timothy over 20 years. We met at a church picnic through a mutual friend.

About 5 years ago I became Timothy's pastor.

Timothy is a faithful member of the church and has many friends there.

Timothy has volunteered to help on numerous occasions at the church including clean-up days. Working inside and outside alongside other members.

Timothy is a giving person and gives generously of his time, talent's and finances.

Timothy has the support of many at the church including both my wife and I and we look forward to his return to our congregation. And we will be a support to him in any way we can. And be there for whatever he needs.

We will be available to him as a support system. And an encouragement to him.

Thank you for your consideration of Timothy's case.

Sincerely,

Lee Perciful