March 12, 2022

Doug Holm

[REDACTED]

Honorable Judge Hale
U.S. District Court

RE: Timothy Routon Case Number: 3:21-cr-00000149-DJH

Dear Honorable Judge Hale,

Timothy Routon requested that I write a letter of support regarding the case number above. I have known Tim for over 15 years. We worked together at the same nonprofit.

Tim is a very diligent worker. He often worked more than 40 hours a week so that he could complete his assigned projects on time. When others interrupted his work to ask a question, he was always kind and generous with his time. He was friendly to everyone and worked tirelessly to further the mission of the organization. Tim is very skilled with graphic design, and his attention to detail helped our nonprofit to produce excellent annual reports and other media. He is a problem solver and could be of benefit to those who need help with learning new things (e.g., computer skills, graphic design skills, preparing for a GED test, designing a resume, etc.).

Tim has exceptionally good people skills, and he is a patient teacher who often helped his coworkers with computer and technology questions. He taught his coworkers new skills at a pace that was right for them. Sometimes they really struggled to understand what he was teaching them, but he was always kind and friendly even when they continued to ask him a lot of questions.

I thoroughly enjoyed working with Tim and will do my best to correspond with him as I am able. I appreciate your time and consideration.

Sincerely,

*Doug Holm* (signature)

Doug Holm