

FILED
JAMES J. VILT, JR. - CLERK

JUL - 5 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Amy Latkin
Vice President and
Associate General Counsel
Corporate Law
w: 212.224.1840
amy.latkin@mutualofamerica.com

June 27, 2022

Clerk of the Court
United States District Court
Gene Snyder Courthouse
601 W. Broadway, 1st Floor
Louisville, KY 40202

**Re: United States v. Timothy Routon**
**United States District Court, Western District of Kentucky at Louisville**
**Court No: 3:21-CR-149-1-DJH**
**File No. 2022A38814**

Dear Clerk of the Court,

Mutual of America was served with the Writ of Continuing Garnishment on June 23, 2022.
Mutual of America has custody, control or possession of monies or property in which the debtor maintains an interest, as described below:

| Description of Property and Debtor's Interest in Property (Including Account Numbers) | Approximate Value as of Date of Service |
|---|---|
| Mr. Routon ███████████ is a former participant of the Cabbage Patch Settlement 403(b) Thrift Plan. | Current Account Balance of $91,245.23 as of 6/22/2022 (following withdrawal of $25,000 on 6/3/2022) |

Note that assets in a qualified plan are protected under ERISA's anti-alienation provisions from being garnished by creditors, however the court order falls under an exception. There are limitations to the exception such that the right of the U.S. government to garnish a participant's retirement plan benefit extends only as far as the participant's entitlement to such benefit, whereby the government cannot exercise a right greater than that of the participant. In practice, the government does not have the right to demand an immediate distribution of a retirement plan benefit before the participant has a right to a distribution, cannot demand the distribution of amounts in excess of the participant's vested benefit, and cannot demand the immediate lump sum distribution of a benefit that is subject to the qualified joint and survivor annuity rules, described in sections 401(a)(11) and 417 of the Internal Revenue Code. If Mr. Routon is married, the government would be able to obtain an immediate lump sum distribution if his spouse consents to the distribution, assuming he is otherwise eligible for a distribution. The participant's spouse can be asked to complete our standard distribution paperwork to consent to the distribution, and along with a garnishment order from the court, a check can be made payable to the U.S. government.



The garnishee certifies that the original answer was mailed to United States District Court, Gene Snyder Courthouse, 601 W. Broadway, 1st Floor, Louisville, KY 40202 and copies were sent to the defendant's last known address and to the United States Attorney's Office, Attn: Financial Litigation Unit, 717 West Broadway, Louisville, KY 40202.

Sincerely,

*Amy Latkin*

Amy Latkin

Subscribed and sworn to before me on this 27th day of June, 2022.

_____
Notary Public (Seal)

Commission Expires: 11/15/2025

*[Notary seal: NICHOLAS S. CURABBA, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Orange County, 02CU6425003, MY COMMISSION EXPIRES 11/15/2025]*

cc:

Erin M. Bravo
Assistant United States Attorney
United States Attorney's Office
Attn: Financial Litigation Unit
717 West Broadway
Louisville, KY 40202
(502) 582-5166

Timothy Routon
6915 Fegenbuch Lane
Louisville, KY 40228-1501

**MUTUAL OF AMERICA**

320 Park Avenue
New York NY 10022-6839

ATTN: Amy Latkin

CONFIDENTIAL



**FILED**
JAMES J. VILT, JR. - CLERK
JUL - 5 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk of the Court
United States District Court
Gene Snyder Courthouse
601 W. Broadway, 1st Floor
Louisville, KY 40202

