UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                                        CRIMINAL ACTION NO.   3:21CR-149-DJH
                                                                                *Electronically Filed*

TIMOTHY ROUTON                                                                    DEFENDANT

## NOTICE OF FILING

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby files the attached Declaration of Publication and Advertisement Certification Report in the above case.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097 (fax)
Amy.Sullivan@usdoj.gov