# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                                         **PLAINTIFF**

**v.**                                                               **CRIMINAL NO. 3:21CR-00149-DJH**
                                                                                            *Electronically Filed*

**TIMOTHY ROUTON**                                                                                     **DEFENDANT**

## MOTION FOR FINAL DECREE
## AND ORDER OF FORFEITURE

      The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

                                                Respectfully submitted,

                                                MICHAEL A. BENNETT
                                                UNITED STATES ATTORNEY

                                                s/Amy M. Sullivan
                                                Amy M. Sullivan
                                                Assistant U.S. Attorney
                                                717 W. Broadway
                                                Louisville, Kentucky 40202
                                                (502) 582-5911
                                                (502) 582-5097
                                                amy.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2022, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                s/ Amy M. Sullivan
                                                Amy M. Sullivan
                                                Assistant United States Attorney