UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:21-CR-149-1-DJH                    ***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.

TIMOTHY ROUTON                                                      DEFENDANT

and

MUTUAL OF AMERICA
and its successors and assigns                                      GARNISHEE

## MOTION FOR TERMINATION OF CONTINUING GARNISHMENT

Comes the Plaintiff, United States of America, by counsel, and moves the Court for an Order terminating the Writ of Continuing Garnishment as to Mutual of America. In support of this motion, the United States avers that the debt of Timothy Routon has been satisfied. 28 U.S.C. § 3205(c)(10)(C).

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


s/ Erin M. Bravo
Erin M. Bravo
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone No. (502) 582-5166
Fax No. (502) 625-7110

## CERTIFICATE OF SERVICE

  I hereby certify on October 18, 2022, I electronically filed this document through the CM/ECF filing system, which will serve opposing counsel, if any, via electronic mail.

  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

    Timothy Routon
    C/o Sandy Routon Fisk, POA
    Louisville, KY 40228

      *s/ Erin M. Bravo*
      Erin M. Bravo
      Assistant United States Attorney