UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:21-CR-149-1-DJH

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.

TIMOTHY ROUTON                                                                         DEFENDANT

and

MUTUAL OF AMERICA
and its successors and assigns                                                      GARNISHEE

## ORDER TERMINATING CONTINUING GARNISHMENT

Based upon the Motion filed herein, and pursuant to 28 U.S.C. § 3205(c)(10)(C),

IT IS ORDERED that the Writ of Continuing Garnishment as to Mutual of America is hereby terminated.

October 19, 2022

*David J. Hale, Judge*
*United States District Court*

cc:   Erin M. Bravo
      Defendant

Tendered By:
Erin M. Bravo
Assistant United States
Attorney 717 West Broadway
Louisville, KY 40202
Phone: (502) 582-5166
Fax: (502) 625-7110